UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**FILED**

JUL 02 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

Kurt Bogle

*Plaintiff*
v.

~~Refer to page one~~

*Defendant(s)*

Case Number: 3:24-cv-1652-NJR
(Clerk's Office will provide)

## PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

**I.   JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

My most basic rights were violated. My 4th amendment rights were violated in every manner. I was lied to lied about railroaded and victim by the Chief of police of MT Sterling, chief Norris hurrassed me himself I suspect for Roger Zimmerman. Sheriff Oliver lied to me saying he was going to investigate Chief Norris. He set me up with the help of lies and slander from the state police. Judge Hooker once again showed his predijes by signing the order. My second amendment rights were stripped.

**II.   PARTIES**

Plaintiff:

A.   Plaintiff, a citizen of  Kurt Bogle   (state), who resides at 6520 Broadway apt 15, Quincy, IL. , alleges that his/her civil rights were violated by the individual(s) named below.

Defendant #1:

B.   Defendant  Judge Jerry J Hooker   is employed as
         (a)    (Name of First Defendant)

                    court
~~Judge in the 8th~~ Circ(Position)~~art of brown county IL.~~
                (b)

(10/2010)

with <u>The 8th Circute court of Illinois (Brown County</u>
      (c)    (Employer's Name and Address)

---

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? [X] Yes [ ] No

If your answer is YES, briefly explain:

The Judge signed orders that he knew were made of fals testamony He did this to pretect corruption in brown county, and Chief Norris. He knows Im a peaseful person. I lived in that hostile enviormen for 5 years without following arguments or citations

Check one of the following:

[X] This defendant **personally participated** in causing my injury, and I want **money damages**.

[X] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C.   Defendant <u>Sheriff Justin Oliver</u> is employed as
                         (Name of Second Defendant)

<u>Sheriff of brown county, Sheriffs dept.</u>
              (Position/Title)

with <u>The Brown county sheriffs dept. 200 court st MT Sterling IL</u>
            (Employer's Name and Address)

---

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? [X] Yes [ ] No

If you answer is YES, briefly explain:

WhenI asked Sheriff Oliver to investigate the chief of police for his involvement in my hurrassment, he lied and said he would. He set me up with State police who told all manner of les to victimise me. He rail railroaded me

Check one of the following:

[X] This defendant **personally participated** in causing my injury, and I want **money damages**.

[ ] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D. Defendant <u>Phil Crary</u> is employed as
(Name of Third Defendant)

<u>Deputy Sheriff</u>
(Position/Title)

with <u>Brown County Sheriffs dept.</u>
(Employer's Name and Address)

<u>Brown county Sheriffs Dept. 200 court st. MT Sterling IL</u>

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? [X] Yes [ ] No

If you answer is YES, briefly explain:

Mr. Crary confermed the fact that MT Sterling has a reslestate racket, He told me to move.

Check one of the following:

[X] This defendant **personally participated** in causing my injury, and I want **money damages**.

[ ] The **policy** or **custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

Chief Brandon Norris Mt Sterling Chief of police , MT STerling police dept. 145W Main st. MT Sterling IL. 62353 .

Kyle Cramer Neighbor 114 W North st. MT Sterling IL

Justin Ebbing 801 S 7th ST. Springfield IL 62703
Seth Thibodeau 801 S 7th St. Springfield IL 62703
DR. Salvador Shanchez Blessings Healthcare Center 927 Broadway Suite 227 351 Quincy IL 62301
Roger Zimmerman

(10/2010)

The defendants in my case are Judge Jerry J Hooker, of the Brown county courthouse. 200 E Court ST. MT. Sterling, IL. 62353.

Sheriff Justin Oliver, 200 Court ST. MT Sterling, IL. 62353

Phil Crary, 200 Court ST. MT. Sterling, IL. 62353

Brandon Norris, Chief of police MT Sterling, IL. 62353    145 W MAIN ST. MT STERLING IL.

Justin Ebbing, 801 S 7th ST. Springfield, IL. 62703

DR. Salvador Shanches Blessings Healthcare center 927 Broadway Suite 331 Quincy IL. 62301

## IV.   STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

I moved to MT. Sterling to get away from my criminal relitives

I wasnt expecting to be victimised by a realestate racket.
I am the victim of a hate CRIME. Roger Zimmerman told me himself that he HATED ME. Roger Zimmerman is ultumatly behind this action. Judge Hooker has showed just how predijust he is this time by Rail Roading me out of town.

I have suffered predjise for over 3 years I lived in fear.
That this abuse was at the hands of the very people charged with protecting our rights. I want $ FIVE MILLION IN PUNITIVE DAMMAGES They did after all destroy my life. They wrongfully tookm away my second amendmant rights so they discriminated on many levels My 1st, 4th, and 5 th amendments rights were completly ignored.
I have suffered much and I am still sufferint. NO HUMAN BEING SHOULD HAVE TO ENDURE THIS pain.
They forced me from house and home after 3 years of torture.
They stole my $100,000.00 gun colection. I fear they may have saboteg( my firearms considering their lawlessness. So I want every weapon repla( with a new one. BAT actions, Bartline Barrels , Bix and Andy triggers and brand new top of the line VORTEX scopes. They should have to replace my house and shop as well.         T
I also would like the law enforcement officers involved in this be band from doing any work in law enforcement for ever. Juge Hooker should be band from practicing law for life. I want them all charged and presicuted.
           Roger Zimmerman should be charged with racketeering.

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

```
When the FALSE charge of being a danger to myself and others was level
  at me. It was done under false testamony. I want my reputation rester
I was forced from house and home II want the house and my shop replace
I want to punish the lawlessness of the County seat. I want % 5.5 mill
million dollars punitive. I want the law enforcement carrers
  of Judge Hooker. Sheriff Oliver , Chiff Norris. and Justin Ebbing
  ended. I would like to see Dr. Shanchez have his licsens reveked.
```

VI.  **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.


**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 6-10-24 (date)

Signature of Plaintiff: *Kurt Bogle*

6520 Broadway Apt. 15
Street Address

Printed Name: KuRt Bogle

Quency IL 62305
City, State, Zip

Prisoner Register Number: N/A

Signature of Attorney (if any)

Rev. 10/3/19

V. **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 500,000.00.

Punitive damages in the amount of $ 5000,000.00.

An ordering requiring defendant(s) to: Be charged with the crimes they have comited.

A declaration that:

Other: Brown county has been under MAFIA control because its corrupt county seat. Please free the people of brown county from this blite. PUNISH THE CRIMINAL POLICE AND JUDGE. let justice prevail. because being subject to the mafia is no way to live. I stood up because I have no choise, my life was destroyed and I want it back.

VI. **JURY DEMAND** (*check one box below*)

Plaintiff ☒ does or ☐ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 6-10-24 (date)

6520 BROADWAY APT. 15
Street Address

Quincy, IL. 62305
City, State, Zip

Signature of Plaintiff

Kurt Bogle
Printed Name

(10/2010)

1. **REQUEST FOR RELIEF.** Plaintiff asks that the court grant the following relief:

   Compensation damages in the amount of $ 500,000.00

   Punitive damages in the amount of $500,000.00

   Additional requests (list below): Be charged with the crimes they have comited.

   Adjudication that:

   Brown county has been under Mafia control because its corrupt county seat. Please free the people of brown county from # this bitts. PUNISH THE CRIMINAL POLICE AND JUDGE. let justice prevail.

   because being subject to the mafia is no way to live. I stood up because I have no choise, my life was destroyed and I want it back.

   VII. **JURY DEMAND** (check one box)

   Plaintiff  xx  does  ○  does not request a trial by jury.

   **DECLARATION UNDER FEDERAL RULES OF CIVIL PROCEDURE 11**

   1. Pursuant to the Rules of my knowledge, information, and belief, this complaint is in full compliance with the Rule 11(a) of the Federal Rules of Civil Procedure. The undersigned also understands that failure to comply with Rule 11(a) results in sanctions.

   Signed on: 6-10-24                    Signature of plaintiff: Kurt Boyd

   6520 Broadway APT. 15                  Kurt Boyd 6/10
   Quincy, IL 62305

ADDENDUM A

To whom it may concern, I have been victimized twice by Judge Hooker the criminal judge that he is.

If you investigate this you will find that Judge Hooker is in the Employ of Roger Zimmerman a retired prison warden turned mafioso.

I have been a victim of his criminality twice. The first time was in 2020. Roger Zimmerman refused to give me my deposit back on my apartment when I bought my house . So I took him to court.

Mr. Zimmerman tried to hold me responsible for the spalling of the concrete step at the rear entrance to the apartment. I had a document that I had looked up on the computer at the library. It said that spalling is caused by water freezing and thawing in the concrete. Judge Hooker asked if I got that information off of the internet. I said I did. So because that information came off of the internet , the judge wouldn't allow it. I filed my case on the internet, what has that got to do with anything except predigest.

The last time the Judge ruined my life , because I wouldn't sell my house. Id been harassed for three years to move. When I found out that the Chief of police was involved in my harassment, and I asked the Sheriff to investigate. I was set up as a danger to myself and others , even though I'm not a danger and never was . The criminal judge signed the order. Everything in my case from the Illinois state police fantasy. They lied through their teeth.

Judge hooker is a criminal judge who works for Roger Zimmerman. So does every cop in Brown county.

If you did a review of the cases that Roger Zimmerman has had in Brown county, that Judge Hooker has presided over you will likely find that Mr. Zimmerman has prevailed in all of them and for some of the most ridiculous reasons .Please remove him from office.

Kurt Bogle

PO Box 275

Quincy IL. 62306

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Kurt Begle Adams

**DEFENDANTS**
Refer to page one

(b) County of Residence of First Listed Plaintiff: None
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Brown
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
None

Attorneys *(If Known)*
UNK

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☒ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☒ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

RECEIVED
JUL 0 2 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE