3:24-cv 03184-SEM-EIL BOGLE VS HOOKER 28,39 PROS-REFER TRANSF

SECOND RESPONS TO ROGER ZIMMERMANS PLEA

NO! Roger Zimmerman should not be dismissed, as he is at the core of this. Roger Zimmerman is the only person I had any dealings with in MT Sterling . He is the only person to cause me trouble. Roger Zimmerman is the gangster in charge in Brown county. The people who live there have no voice nor can anyone stand up to this gangster. He owns the police and Judge Hooker. When Roger Zimmerman said he hated me and people like me he singled himself out.

THERE IS NO ONE MORE RESPONSIBLE FOR THE CORRUPTION IN BROWN COUNTY THAN ROGER ZIMMERMAN I claim Roger Zimmerman did $100,000.00 worth of damage to my life , and was instrumental in my harassment. Was the cause of much psychological pain, and suffering. He controls both judge Hooker and the police and he said he hates me.

This has been a response.

03184   KURT BOGLE